1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   KRISTEN ROGERS
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.  6:19-mj-00079-JDP
12 | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE**
13 | vs. |
14 | Kristen Rogers, | Date:   November 4, 2020
   |  | Time:   10:00 a.m.
15 | Defendant. | Judge:  Hon. Jeremy D. Peterson

16

17     The parties, through their respective counsel, Sean Anderson, Acting Legal Officer,

18 counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19 defendant, Kristen Rogers, hereby stipulate and jointly move this Court to continue Ms. Rogers's

20 hearing scheduled for September 15, 2020 until November 4, 2020.

21     On July 9, 2020, Ms. Rogers's case was continued to September 15, 2020.  The parties are

22 actively working towards a settlement, but have not reached a final agreement yet.  The

23 undersigned requests the status conference be continued until November 4, 2020 to finalize a

24 settlement agreement.  The government does not object.

25  //

26  //

27  //

28

Rogers / Stipulation to Continue        -1-
  Status Conference

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | McGREGOR SCOTT<br>United States Attorney |
| 3 |   |   |
| 4 | Dated:  September 15, 2020 | */s/ Sean Anderson*<br>Sean Anderson |
| 5 |   | Acting Legal Officer<br>National Park Service |
| 6 |   | Yosemite National Park |
| 7 |   |   |
| 8 | Dated:  September 15, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 |   |   |
| 10 |   | */s/  Benjamin A. Gerson*<br>BENJAMIN A. GERSON |
| 11 |   | Assistant Federal Defender<br>Attorney for Defendant |
| 12 |   | Kristen Rogers |

Rogers / Stipulation to Continue
Status Conference

-2-

**ORDER**

Good cause appearing, the above stipulation to continue the status conference in case 6:19-mj-00079 JDP until November 4, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   September 18, 2020               _____
                                                                UNITED STATES MAGISTRATE JUDGE